LOUIS WEINGAST, Appellant, *v.* RIALTO PASTRY SHOP, INC., et al., Respondents.

(Submitted September 27, 1926; decided October 5, 1926.)

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 243 N. Y. 113.)

---

BERNHARD VOSS, Appellant, *v.* W. J. MARTIN COAL COMPANY et al., Respondents. (Two cases.)

(Submitted September 27, 1926; decided October 5, 1926.)

Motion for reargument denied, without costs.

Motions to amend remittiturs granted. Return of remittitur requested and when returned, remittitur will be amended by striking therefrom the provision " with costs to the respondents " and substituting the provision " without costs to either party." (See 243 N. Y. 545.)